FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 26  A 11:09

JAMES MCKINNON

v.

PRISONER
CIVIL 3:03cv72(WWE)

JANE CUDA
JANE DOBSON
HELEN DORSEY

### J U D G M E N T

This cause came on for consideration of the pro se amended complaint before the Honorable Warren W. Eginton, Senior United States District Judge.

The Court having considered the amended complaint and all the papers submitted in connection therewith and having filed its Memorandum of Decision on November 18, 2003, dismissing the complaint pursuant to 28 U.S.C. 1915(e)(2)(B)(i) and (ii),

It is therefore **ORDERED** and **ADJUDGED** that the amended complaint be dismissed and the matter closed, in accordance with the Court's order.

Dated at Bridgeport, Connecticut this 26th of November, 2003.

KEVIN F. ROWE, Clerk

By _____
Cynthia Earle
Deputy Clerk

Entered on Docket  11/26/03