United States District Court
District of Connecticut

FILED
2003 DEC 16 P 5:09

James McKinnon   case.no 3:03CV72 (WWE)
100770
Plaintiff
                                December 4, 2003
V.
Jone Cuda; ETuL
June Dobson
Helen Dorsey
Defendants' Individal Capacity

To memorandum of Decision dated 11-10-03
Plaintiffs letter of Reconsideration

Plaintiff James McKinnon Request that this honorable court to reconsider plaintiff request in the above caption case.

By: _James Lee McKinnon_
James Lee McKinnon prose
Walker-Reception
1151-East-Street-South
Suffield CT, 06078

①

## Certificate

James McKinnon         Case, no 3:03 cv 72 (WWE)
   100770
   Plaintiff

v.                                December 4, 2003

Jone Cuda, ET al


Plaintiff above respecfully certifces through this attachment that this claim to be true and to the best of my ability.


Deputy Clerk miss, Mary Larsen
United States District court
915, Lafayette Boulevard
Bridgeport Connecticut, 06604


By× _James Lee McKinnon_
     James Lee McKinnon prose
     Walker-Reception
     1151-East-Street-South
     Suffield, CT
                06078

②