United States District Court
District of Connecticut

FILED
2004 MAR 17 P 5:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

James McKinnon        Civil 3:03cv72(WWE)

vs.

Jone Cuda; ETaL            March 11, 2003
Jone Dobson
Helen Dorsey

Defendants    Individual Capacity


Plaintiff's Letter of Reconsideration


1. I Plaintiff James McKinnon prose moves this honorable court To reconsider plaintiff request in the above caption case

2. plaintiff ask this honorable Court adject the judgment entered November 26, 2003 that was dismissing and closing the case the Plaintiff ask this do to a few missunderstaindings of the federal civil local Rules.

James Lee McKinnon
James Lee McKinnon
MacDougall-Walker
1153-East Street south
Suffield CT 06078

3. Plaintiff was Transfered To Chronic in macDougall-Walker 1153-East Street South Suffield Connecticut, 06078

4. This is 24 hours lock down, Also There is no access to any law library/materials.

5. Plaintiff has mental Health problem's At This Time due To The mental Health issues I am dealing with; It has become more Than difficult To keep up with work load.

6. Without access To The proper materials found In The Law library.

7. It has been brought To my attention This Correctionl Facility has no Library To begin with.

8. I have also provided my medical file (ADA) for an apointed Attorney.

9. Plaintiff would like permission To File an Second amended complaint against The defenents for liability Alone, with deliberate Indifference. cruel and unusual punishment are violation's Eighth Amendment.

By x  *James Lee McK...*
James Lee McKinnan
macDougall-Walker
1153-East Street South
Suffield CT, 06078

# Certification

I certify this March 11, 2004 through this attachment that this claim to be true and to the best of my ability

By: *James Lee McKinnon*
James Lee McKinnon prose
MacDougall-Walker
1153-East Street South
Suffield CT
06078