UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR 14  P 3: 03

U.S. DISTRICT COURT

JAMES MCKINNON
v.

PRISONER

CASE NO. 3:03CV72(WWE)

JANE CUDA, et al.

RULING ON MOTION FOR RECONSIDERATION

Pending before the court is the plaintiff's "Letter of Reconsideration." The plaintiff asks the court to "adject" the judgment entered in this case on November 26, 2003. On November 18, 2003, the court dismissed sua sponte the plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). (See. doc. # 12.) The court construes the plaintiff's motion as a motion to reopen judgment.

The plaintiff states that he was transferred to a unit at MacDougall Correctional Institution where he is locked in his cell twenty-four hours a day and does not have access to a law library. He also states that he has mental health issues which make it difficult for him to keep up with his work load and that he has sent his medical file to an attorney. He seeks to reopen the case and file an amended complaint including allegations that the defendants were deliberately indifferent in violation of the Eighth Amendment.

The plaintiff has failed to set forth a valid basis for reopening this action. The court dismissed the plaintiff's amended complaint in part because it failed to allege that any of the defendants were deliberately indifferent to his medical needs. The plaintiff does not include any facts in the present motion demonstrating that the defendants were deliberately indifferent to his

medical needs.

    Therefore, the plaintiff's Letter Motion for Reconsideration [**doc. # 17**] is **DENIED**.

SO ORDERED this 15th day of March, 2005, at Bridgeport, Connecticut.

                                               Warren W. Eginton
                                     Senior United States District Judge