UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 MAR 24 P 12: 51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon

v.

Jone CuDa, ETAL

CIVIL CASE NO. 3:03CV72 (WWE)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), _James Lee McK____ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order): November 18, 2003
The court dismissed sua sponte the plaintiff's First amended complaint, Ruling on motion for Reconsideration march 15, 05

2. The Judgment /Order in this action was entered on November 26, 2003
(date)

_James Lee McK____
Signature

James Lee McKinnon
Print Name

Garner Correctional Institution
50, Nunnawauk Road P.O. Box 5500
Newtown Connecticut 06470
Address

Date: March 21, 2005

203-270-2868 'C-T-O' office
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).