MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

2005 AUG 25 P 1: 44

*[Stamp: UNITED STATES COURT OF APPEALS FILED AUG 17 2005]*

| | |
|---|---|
| Date: | 8/17/05 |
| Docket Number: | 05-3137-pr |
| Short Title: | McKinnon v. James |
| DC Docket Number: | 03-cv-72 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Warren Eginton |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 17th day of August, two thousand five.

James McKinnon,

    Plaintiff-Appellant,

v.

Joan Cuda,

    Defendants-Appellees.

### ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN that the appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and **APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed, **THIS APPEAL IS HEREBY DISMISSED.** Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

For the Court,
Roseann B. MacKechnie, Clerk

By: Connie Mazariego
Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Certified: AUG 17 2005